IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHESTER BRANTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 13-2512-JDT |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER REMANDING TO THE COMMISSIONER FOR
ADDITIONAL ADMINISTRATIVE PROCEEDINGS

Plaintiff Chester Brantley filed this action seeking review of a final decision by the Commissioner of Social Security denying his applications for disability insurance benefits and supplemental security income under the Social Security Act. This Court affirmed the Commissioner's decision on January 30, 2015, and Plaintiff subsequently filed an appeal. The Sixth Circuit reversed and remanded with instructions for this Court to remand the case to the Commissioner for further administrative proceedings. *Brantley v. Comm'r of Soc. Sec.*, No. 15-5309 (6th Cir. Jan. 29, 2016). The Court of Appeals issued its mandate on March 23, 2016.

In accordance with the instructions of the Sixth Circuit, this case is hereby REMANDED to the Commissioner for further proceedings.

IT IS SO ORDERED.

               s/ **James D. Todd**
               JAMES D. TODD
               UNITED STATES DISTRICT JUDGE